**Donna CARRIER-TAL, Plaintiff-Appellant,**

v.

**John MCHUGH, Secretary of the Army, Defendant-Appellee.**

No. 16-1859

United States Court of Appeals, Fourth Circuit.

Submitted: January 20, 2017

Decided: January 31, 2017

Donna Carrier-Tal, Appellant Pro Se. Daniel Patrick Shean, Office of the United States Attorney, Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Carrier-Tal appeals the district court's order taxing costs against her following the district court's grant of summary judgment in favor of defendant John McHugh, Secretary of the Army, in Carrier-Tal's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carrier-Tal v. McHugh, No. 2:14-cv-00626-RAJ-LRL (E.D. Va. filed June 7, 2016 & entered June 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED